

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. **1:20CR 113** |
| Plaintiff, | : | |
| | : | JUDGE **JUDGE BLACK** |
| v. | : | |
| | : | **INDICTMENT** |
| DARREN THOMAS, | : | |
| | : | 18 U.S.C. § 2 |
| Defendant. | : | 18 U.S.C. § 922(g)(1) |
| | : | |
| | : | FORFEITURE ALLEGATION |
| | : | |
| | : | |

**THE GRAND JURY CHARGES**:

<u>COUNT 1</u>
(Possession by a Prohibited Person)

On or about September 3, 2020, in the Southern District of Ohio, the defendant, **DARREN THOMAS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, that is, a .45 caliber Hi-Point pistol, model JHP, serial number X499583, and seven .45 caliber bullets; and a .380 caliber Bryco Arms pistol, model 48, serial number 897004, and the firearms and ammunition were in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

<u>FORFEITURE ALLEGATION</u>

Upon conviction of the offense set forth in this Indictment, the defendant, **DARREN THOMAS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not

limited to, a .45 caliber Hi-Point pistol, model JHP, serial number X499583, and seven (7) rounds of .45 caliber ammunition, and a .380 caliber Bryco Arms pistol, model 48, serial number 897004.

A TRUE BILL

/s/

GRAND JURY FOREPERSON

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

*Kelly K. Rossi*
KELLY K. ROSSI
SPECIAL ASSISTANT UNITED STATES ATTORNEY